UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 27 2012
Clerk, U.S. District and
Bankruptcy Courts

MICHAEL CIACCI,

   Plaintiff,

  v.         Civil Action No. 12-2067

U.S. DEPARTMENT OF JUSTICE, *et al.*,

   Defendants.

## MEMORANDUM OPINION

  This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The Court will grant the application and dismiss the complaint.

  It appears that plaintiff submitted a tort claim under the Federal Tort Claims Act ("FTCA") which in relevant part provides that the "United States shall be liable [for tort claims] in the same manner and to the same extent as a private individual under like circumstances." 28 U.S.C. § 2674(a). Plaintiff's complaint is so confusing and disorganized that the Court cannot discern the nature of his claims. It is not clear whether plaintiff intends to bring a civil rights action against individual government officials, or a civil action under the FTCA against the United States, or whether plaintiff instead intends to file a petition for a writ of mandamus.

  Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to

prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). As drafted, plaintiff's pleading fails to accomplish even these minimal goals. Accordingly, the complaint will be dismissed.

An Order accompanies this Memorandum Opinion.

DATE:

12/18/12

/s/
United States District Judge